NITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| PRAMESH UPRETY,<br><br>                Petitioner,<br><br>   v.<br><br>PAMELA BONDI, *et al.*,<br><br>                Respondents. | Case No. C25-2443-JNW-MLP<br><br>ORDER APPOINTING COUNSEL |

This is a federal habeas action filed under 28 U.S.C. § 2241. The Federal Public Defender's Office, on behalf of Petitioner Pramesh Uprety, has filed a proposed petition for writ of habeas corpus, an application to proceed *in forma pauperis* ("IFP"), and a motion seeking appointment of counsel in this matter.[1] (Dkt. ## 1-3.) The Court, having considered Petitioner's motion, his financial eligibility, and the balance of the record, finds and ORDERS as follows:

    (1)    The petition indicates that this case falls within the class of cases potentially governed by *Zadvydas v. Davis*, 533 U.S. 678 (2001). (*See* dkt. # 1.) Because of the complex issues involved in this case, the interests of justice require that counsel be appointed for Petitioner. *See* 18 U.S.C. § 3006A(a)(2)(B). As required by statute, Petitioner has demonstrated,

---

[1] Petitioner's application to proceed IFP will be addressed by separate order.

ORDER APPOINTING COUNSEL - 1

1  by means of his IFP application, financial eligibility for such appointment. (*See* dkt. # 1.)

2  Accordingly, Petitioner's request for appointment of counsel (dkt. # 3) is GRANTED. The Court

3  appoints the Federal Public Defender to represent Petitioner in these proceedings.

4      (2)    The Clerk is directed to send copies of this order to Petitioner, to the Federal

5  Public Defender, to counsel for Respondent, and to the Honorable Jamal N. Whitehead.

6      Dated this 5th day of December, 2025.

MICHELLE L. PETERSON
United States Magistrate Judge