UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| PRAMESH UPRETY,<br><br>    Petitioner,<br><br>  v.<br><br>PAMELA BONDI, Attorney General of the United States, et al.,<br><br>    Respondents. | CASE NO. 2:25-cv-02443-JNW-MLP<br><br>ORDER |

The Court considers Petitioner Pramesh Uprety's unopposed motion for briefing schedule and to terminate referral. Dkt. No. 4. The motion states that the U.S. Attorney's Office, which represents the Government Respondents, takes no position on this request and defers to the Court. *Id.* at 2. Respondent Bruce Scott has not yet appeared. *See* Dkt. Accordingly, the Court GRANTS the motion and ORDERS:

  (1) The Clerk of the Court is DIRECTED to terminate the referral to U.S. Magistrate Judge Michelle L. Peterson.

  (2) The Clerk is directed to effect immediate service of the habeas petition filed in this case upon the Government Respondents by emailing a copy

ORDER - 1

of the habeas petition, all supporting materials, and this order to USAWAW.ImmigrationHabeasService@usdoj.gov.

(3) The Clerk is further directed to effect service on Warden Bruce Scott of the Northwest Detention Center/ Northwest ICE Processing Center by mailing a copy of the petition, all supporting materials, and this order via registered or certified mail, return receipt requested.

(4) By December 23, 2025, Respondents must show cause why a writ of habeas corpus should not be granted by filing a return as provided in 28 U.S.C. § 2243. As a part of such return, Respondents must address and submit evidence relevant to Petitioner's allegation that his detention is unlawful. Respondents must file the return with the Clerk of the Court and shall serve a copy upon Petitioner.

(5) Petitioner may file and serve a response no later than December 30, 2025. The Clerk of the Court is DIRECTED to note the habeas petition for December 30, 2025.

(6) While Petitioner's habeas petition is pending, Respondents may not remove Petitioner from the United States or transfer Petitioner to another facility without providing Petitioner's counsel with at least 48 hours' notice of removal or transfer. If the 48-hour period would expire on a weekend or legal holiday, the period continues until the same time on the next day that is not a weekend or legal holiday.

ORDER - 2

1 | Dated this 15th day of December, 2025.

_____
Jamal N. Whitehead
United States District Judge

ORDER - 3